**Order entered February 21, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00287-CR
### No. 05-12-00288-CR

**SCHULZ, TOM ALVIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-00500-J, F11-00343-J**

## ORDER

The Court **REINSTATES** the appeals.

On September 19, 2012, we ordered the trial court to conduct a hearing to determine the proper amount of restitution. We **ADOPT** the finding that the parties have reached an agreement regarding the amount of restitution.

We **ORDER** the trial court to file a supplemental record, **WITHIN THIRTY DAYS** from the date of this order, that contains an order modifying the conditions of community supervision setting out the amount of restitution as agreed by the parties

     /s/  MARY MURPHY
        JUSTICE